IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

AT KNOXVILLE

JUNE 1997 SESSION



**FILED**

**October 1, 1997**

**Cecil Crowson, Jr.**
**Appellate Court Clerk**

| | | |
|---|---|---|
| WILLIAM DAVID CLAPP, | ) | |
| | ) | |
| Appellant, | ) | No. 03C01-9605-CC-00193 |
| | ) | |
| | ) | Sullivan County |
| v. | ) | |
| | ) | Honorable Frank L. Slaughter, Judge |
| | ) | |
| STATE OF TENNESSEE, | ) | (Post-Conviction) |
| | ) | |
| Appellee. | ) | |

For the Appellant:

William David Clapp, Pro Se
Reg. No. 04405-084
P.O. Box 4000 Knox-A
Manchester, KY 40962-4000
   (AT TRIAL & ON APPEAL)

Kenneth F. Irvine, Jr.
606 W. Main Street, Suite 350
P.O. Box 84
Knoxville, TN 37901-0084
   (ON APPEAL)

For the Appellee:

Charles W. Burson
Attorney General of Tennessee
      and
Sarah M. Branch
Assistant Attorney General of Tennessee
450 James Robertson Parkway
Nashville, TN 37243-0493

H. Greeley Welles, Jr.
District Attorney General
         and
Barry P. Staubus
Assistant District Attorney General
P.O. Box 526
Blountville, TN 37617-0526

OPINION FILED:_____

AFFIRMED

Joseph M. Tipton
Judge

**O P I N I O N**

The petitioner, William David Clapp, appeals as of right from the Sullivan County Criminal Court's dismissal of his petition for post-conviction relief. The trial court dismissed the petition, concluding that it was barred by the statute of limitations. We affirm the judgment of the trial court.

The petitioner collaterally challenges convictions he received in 1978 and 1980 as the result of guilty pleas. He filed the present petition for post-conviction relief March 4, 1996. He argues that his petition was filed timely under the 1995 Post-Conviction Procedure Act. However, in Arnold Carter v. State, No. 03-S-01-9612-CR-00117, Monroe County (Tenn. Sept. 8, 1997) (for publication), our supreme court held that the 1995 Act did not reinstate a filing period for post-conviction cases relative to convictions for which the former three-year post-conviction statute of limitations had already run. The judgment of the trial court is affirmed.

_____
                                                                Joseph M. Tipton, Judge

CONCUR:

_____
John H. Peay, Judge

_____
Curwood Witt, Judge

2